| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND** |

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 07-7733-JFW (VBKx)** | Date: **February 6, 2008** |
| Title: | Allstate Insurance Company *-v-* Manuel Covarrubias, et al. | |

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**   DISCHARGE OF ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

   On December 21, 2007, the Court issued an Order to Show Cause why this action should not be dismissed for lack of subject matter jurisdiction.  On January 3, 2008, Plaintiff's counsel filed a response to the Order to Show Cause.

   The Court deems that response satisfactory, and orders the Order to Show Cause discharged.

   IT IS SO ORDERED.

   The Clerk shall serve this Minute Order on all parties to this action.

Initials of Deputy Clerk   sr